■ DEVELOPMENT AUTHORITY OF THE NORTH COUNTRY, Respondent, v DONALD F. SAYYEAU, as Town Justice of the Town of Rodman, et al., Appellants. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see,* CPLR 5701 [b] [1]). (Appeal from order of Supreme Court, Jefferson County, Inglehart, J.—dismiss petition.) Present—Denman, J. P., Green, Pine and Balio, JJ.